ACCEPTED
01-15-00504-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 2:29:32 PM
CHRISTOPHER PRINE
CLERK

# STEVENSON & MURRAY
## ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION
24 GREENWAY PLAZA, SUITE 750
HOUSTON, TEXAS 77046

JOHN W. STEVENSON, JR.
W. ROBERT HAND
MARK T. MURRAY†▵
JEREMY R. NEWELL

*BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION
▵BOARD CERTIFIED CIVIL TRIAL ADVOCATE
 NATIONAL BOARD OF TRIAL ADVOCACY
†LICENSED IN NEW YORK

July 17, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 2:29:32 PM
CHRISTOPHER A. PRINE
Clerk

The Honorable Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

*E-File*

RE:     Court of Appeals No. 01-15-00504-CV
        Trial Court Case No.: 2012-24614
        Style: Inocente Cepeda v. Orion Marine Construction, Inc.

Dear Mr. Prine:

This letter in response to your letter of July 16, 2015 regarding payment arrangements for the reporter's record in the above-referenced appeal. As shown by the attachments, Appellant paid the deposit requested by the reporter. Once the reporter advises Appellant's counsel of the remainder of the cost for the record, Appellant will remit the remaining amount.

Should you have any questions, please do not hesitate to call our office.

Sincerely,

*/s/ William Robert Hand*

William Robert Hand

WRH/lan
Enclosure

cc:     Daniel D. Pipitone
        Ken Bullock                                    *E-File*